# ATTACHMENT A

DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
PETER J. KEITH, State Bar #206482
Deputy City Attorney
JENNIFER E. CHOI, State Bar #184058
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3908
Facsimile:      (415) 554-3837
Email:           peter.keith@sfgov.org

**E-filed 11/18/05**

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO AND
SHERIFF MICHAEL HENNESSEY
IN HIS OFFICIAL CAPACITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACK WOODFOX,<br><br>          Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S DEPARTMENT, SHERIFF MICHAEL HENNESSEY, AND DEPUTY MIGUEL PRADO,<br><br>          Defendants. | Case No. C05-4220 JF<br><br>[~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION FOR TRANSFER OF ACTION TO SAN FRANCISCO/OAKLAND DIVISION [CIVIL L.R. 3-2(F), 7-11]**<br><br>Date Action Filed:   October 18, 2005<br>Trial Date:              None Set |

## ORDER

Pursuant to Civil Local Rule 3-2(f), Defendants City and County of San Francisco and Sheriff Michael Hennessey (in his official capacity) requested that this Court transfer this action to the San Francisco/Oakland Division of the Northern District of California. Plaintiff stipulates to this request.

Plaintiff previously filed an administrative motion under Civil Local Rule 3-12(b) to consider whether this action should be related to another pending case in the San Francisco/Oakland Division,

ORDER on MOT TO TRANSFER, CIVIL L.R. 3-2(f)       1       n:\lit\li2005\060474\00342758.doc
CASE NO. 05-CV-04220 JF

*Henderson et al. v. City and County of San Francisco et al.*, USDC No. C05-0234 VRW. That motion is still pending before Judge Walker.

Pursuant to stipulation, and good cause appearing, IT IS ORDERED that this action is transferred to the San Francisco/Oakland Division of the Northern District of California. If Judge Walker determines that the cases are not related, then the Clerk of the Court shall still re-assign this action within the San Francisco/Oakland Division.

IT IS SO ORDERED.

DATED: 11/17/05

By: /s/electronic signature authorized
JEREMY FOGEL
United States District Judge