—o0o—

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| MACK WOODFOX,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S DEPARTMENT, SHERIFF MICHAEL HENNESSEY, AND DEPUTY MIGUEL PRADO,<br><br>    Defendants. | CASE NO: 3:05-CV-04220 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: MODIFIED BRIEFING SCHEDULE, RESETTING HEARING ON DEFENDANTS' MOTION TO DISMISS FOR NONEXHAUSTION OF ADMINISTRATIVE REMEDIES, AND RESETTING FURTHER CASE MANAGEMENT CONFERENCE [L.R. 7-12]**<br><br>**CURRENT:**<br>DATE:  August 10, 2006<br>TIME:  2:00 p.m.<br>CTRM:  6, 17th Floor<br>JUDGE:  Vaughn R. Walker, Chief Judge<br><br>**PROPOSED:**<br>DATE:  September 21, 2006<br>TIME:  2:00 p.m.<br>CTRM:  6, 17th Floor<br>JUDGE:  Vaughn R. Walker, Chief Judge |

    WHEREAS, a hearing on Defendants' motion to dismiss for nonexhaustion of administrative remedies is scheduled for August 10, 2006, at 2:00 p.m.;

    WHEREAS, under the current briefing schedule, plaintiffs' opposition to defendants' motion is due on or before July 20, 2006;

    WHEREAS, a Further Case Management Conference is also presently scheduled for August 10, 2006;

Page 1 of 3

MACK WOODFOX v. CITY AND COUNTY OF SAN FRANCISCO, et al.    USDC, Northern District, Case No. 3:05-CV-4220-VRW

STIPULATION AND [PROPOSED] ORDER RESETTING MOTION AND FURTHER CASE MANAGEMENT CONFERENCE

1  WHEREAS, the Law Office of Mark E. Merin has just recently associated in as co-counsel
2  for plaintiffs and requires additional time to prepare a response to this motion;

3  WHEREAS, in the case of Henderson, et al. v. City and County of San Francisco, et al., Case
4  No. 3:05-CV-00234 VRW, which involves the same counsel as this case, defendants have filed
5  numerous voluminous motions with hearing dates set for August 10, 2006, and currently requiring
6  plaintiffs to file opposition by July 20, 2006;

7  NOW THEREFORE, the parties hereby stipulate and jointly request that the Court continue
8  the deadlines for defendants' pending motion to dismiss as follows: plaintiffs' opposition to
9  defendants' motion to dismiss shall be filed and served electronically (ECF service only) on or
10 before August 24, 2006; defendants' reply in support of their motion to dismiss shall be filed and
11 served electronically (ECF service only) on or before September 7, 2006; and the hearing on
12 defendants' motion to dismiss shall be continued to September 21, 2006, at 2:00 p.m., or such other
13 date thereafter as may be convenient for the Court.

14 FURTHERMORE, the parties hereby stipulate and jointly request that the Court continue the
15 Further Case Management Conference to September 21, 2006, at 2:00 p.m., or such other date
16 thereafter as may be convenient for the Court.

17 DATED: July 14, 2006                Respectfully submitted,

18                                     LAW OFFICE OF MARK E. MERIN and
                                       SCOTT CANDELL
19
20                                     BY: _____
                                            Mark E. Merin
21                                          Attorneys for Plaintiffs

22 DATED: July 14, 2006                Respectfully submitted,

23                                     DENNIS J. HERRERA, City Attorney
                                       JOANNE HOEPER, Chief Trial Deputy
24                                     PETER J. KEITH, Deputy City Attorney
                                       RONALD FLYNN, Deputy City Attorney
25
26
                                       BY: _____
27                                          Peter J. Keith
                                            Attorney for Defendants
28

1 **ORDER**

2 IT IS HEREBY ORDERED that defendants' motion to dismiss for nonexhaustion of
3 administrative remedies be continued from August 10, 2006, to September 21, 2006, at 2:00 p.m.
4 Plaintiffs' opposition to defendant's motion shall be filed and electronically served (ECF service
5 only) on or before August 24, 2006, and defendants' reply to plaintiffs' opposition shall be filed and
6 electronically served (ECF service only) on or before September 7, 2006.

7 IT IS FURTHER ORDERED that the Further Case Management Conference presently
8 scheduled for August 10, 2006, be continued to September 21, 2006, at 2:00 p.m. The parties shall
9 file an Updated Joint Status Report on or before **September 8, 2006**.

10 DATED: 7/17/2006

11 HON. VAUGHN R. WALKER
 CHIEF JUDGE, UNITED STATES DISTRICT COURT
12 NORTHERN DISTRICT