DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
PETER J. KEITH, State Bar #206482
RONALD P. FLYNN, State Bar #184186
CHRISTINE VAN AKEN, State Bar # 241755
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-3901
Facsimile:   (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO SHERIFF'S DEPARTMENT,
SHERIFF MICHAEL HENNESSEY, AND
DEPUTY MIGUEL PRADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACK WOODFOX,<br><br>           Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S DEPARTMENT, SHERIFF MICHAEL HENNESSEY, AND DEPUTY MIGUEL PRADO,<br><br>           Defendants. | Case No. C05-4220 VRW<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS RELATED TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF WOODFOX**<br><br>Date Action Filed:   October 18, 2005<br>Trial Date:          None Set |

[Proposed] Order Granting Administrative Request to
File Under Seal
Woodfox v. CCSF, et al. – USDC No. C05-4220 VRW

n:\lit\li2006\060474\00391101.doc

**[~~Proposed~~] ORDER**

The administrative motion to file documents under seal is GRANTED. Defendants may file the following items under seal:

(1) Portions of **DEFENDANTS' POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF WOODFOX;**

(2) The entirety of the **DECLARATION OF LIEUTENANT ALLEN KENNEDY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF WOODFOX**, including the exhibits; and

(3) Exhibit N of the **DECLARATION OF JOE GOLDENSON, M.D., IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF WOODFOX.**

IT IS SO ORDERED.

Dated: _____

By: _____
Hon. Vaughn R. Walker
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Vaughn R Walker]*

[Proposed] Order Granting Administrative Request to File Under Seal
Woodfox v. CCSF, et al. – USDC No. C05-4220 VRW

n:\lit\li2006\060474\00391101.doc