LAW OFFICES OF MARK E. MERIN
Mark E. Merin, SBN. 043849
Jeffrey I. Schwarzschild, SBN. 192086
2001 P Street, Suite 100
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336

SCOT CANDELL, SBN 173261
ROSALIND H. MANSON, SBN 188473
Attorneys at Law
2019 Webster Street
San Francisco, CA 94115
Telephone: (415) 441-1776
Facsimile: (415) 441-1789

Attorneys for Plaintiff
**MACK WOODFOX**

—o0o—

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| MACK WOODFOX,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S DEPARTMENT, SHERIFF MICHAEL HENNESSEY, DEPUTY MIGUEL PRADO,<br><br>Defendants. | CASE NO: 3:05-CV-04220 VRW<br><br>**STIPULATION AND ORDER TO SHORTEN NOTICE OF HEARING ON PLAINTIFF'S MOTION TO FILE AMENDED COMPLAINT**<br><br>**DATE**:    September 21, 2006<br>**TIME**:    2:00 p.m.<br>**CTRM**:   6, 17th Floor<br>**JUDGE**:  Vaughn R. Walker, Chief Judge<br><br>COMPLAINT FILED:    10/18/05<br>TRIAL DATE:              Not Set |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel, that notice of plaintiff's motion to file amended complaint shall be shortened so as to allow the motion to be heard on the same date and time as defendant's motion for summary judgment presently scheduled to be heard on September 21, 2006, at 2:00 p.m. in Courtroom 6. Plaintiff's motion shall be filed and served by ECF concurrently with the filing of this Stipulation which shall be filed on or before August 23, 2006.

1    IT IS FURTHER STIPULATED AND AGREED that defendants shall file and serve by ECF their opposition to plaintiff's motion to file amended compliant no later than on September 7, 2006. Immediately below the date, time and place of the hearing, the opposition papers must include the following notation: OPPOSITION FILED ON _____ PURSUANT TO STIPULATION AND ORDER ISSUED ON _____.  Copies of all papers must be lodged in Courtroom 6 within 24 hours of filing.

   IT IS FURTHER STIPULATED AND AGREED that plaintiff shall file and serve by ECF his reply to defendants' opposition to his motion to file amended complaint no later than September 14, 2006.  Copies of all papers must be lodged in Courtroom 6 within 24 hours of filing.

DATED: August 23, 2006            Respectfully submitted,

                                  SCOT CANDELL and
                                  LAW OFFICE OF MARK E. MERIN


                                       /s/ - "Scot Candell"
                                  BY:_____
                                       Scot Candell
                                       Attorney for Plaintiff

DATED: August 22, 2006            Respectfully submitted,

                                  DENNIS J. HERRERA, City Attorney
                                  JOANNE HOEPER, Chief Trial Deputy
                                  PETER J. KEITH
                                  RONALD FLYNN
                                  CHRISTINE VAN AKEN
                                  Deputy City Attorneys



                                       /s/ - "Peter J. Keith"
                                  BY:_____
                                       Peter J. Keith, Deputy City Attorney
                                       Attorney for Defendants

**ORDER**

IT IS HEREBY ORDERED that the date by which notice of plaintiff's motion to file amended complaint is shortened so as to allow the motion to be heard on the same date and time as defendants' motion for summary judgment presently scheduled to be heard on September 21, 2006, at 2:00 p.m. in Courtroom 6. Plaintiff's motion is deemed filed and served by ECF as of the date this Stipulation was filed.

IT IS FURTHER ORDERED that defendants shall file and serve by ECF their opposition to plaintiff's motion to file amended compliant no later than September 7, 2006. Immediately below the date, time and place of the hearing, the opposition papers must include the following notation: OPPOSITION FILED ON [date] PURSUANT TO STIPULATION AND ORDER ISSUED ON _____. Copies of all papers must be lodged in Courtroom 6 within 24 hours of filing.

IT IS FURTHER ORDERED that plaintiff shall file and serve by ECF his reply to defendants' opposition to his motion to file amended complaint no later than September 14, 2006. Copies of all papers must be lodged in Courtroom 6 within 24 hours of filing.

DATED: 8/28/2006

HON. VAUGHN R. WALKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT

S:\WpWork\Woodfox, Mack\Pleadings\Stip & Order to Shorten Time to Notice Motion.wpd