1  LAW OFFICES OF MARK E. MERIN
   Mark E. Merin, SBN. 043849
2  Jeffrey I. Schwarzschild, SBN. 192086
   2001 P Street, Suite 100
3  Sacramento, California 95814
   Telephone: (916) 443-6911
4  Facsimile: (916) 447-8336

5  SCOT CANDELL, SBN 173261
   ROSALIND H. MANSON, SBN 188473
6  Attorneys at Law
   2019 Webster Street
7  San Francisco, CA 94115
   Telephone: (415) 441-1776
8  Facsimile: (415) 441-1789

9  Attorneys for Plaintiffs
   **EARNEST HENDERSON**
10 **JANEL GOTTA**
   **AARON RAULS**
11 **MICHAEL PEREZ**
   **ARTURO PLEITEZ,**
12 **MACK WOODFOX**

13                                —o0o—

14                  UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                                —o0o—

17 | EARNEST HENDERSON, ET.AL. | CASE NO: 3:05-CV-04220 VRW |
   |                            | 3:03-CV 00234 VRW |
18 |     Plaintiff,            |                              |
19 |                            | **CONFIRMATION LETTER REGARDING** |
20 | vs.                        | **SETTLEMENT CONFERENCE** |
   |                            | **DATE**: May 18, 2007 |
21 | DEPUTY MIGUEL PRADO, ET. AL. | **TIME**: 10:00 a.m. |
   |                            | **CTRM**: Judge Larson's Chambers, 15th floor |
22 |     Defendants.            | **JUDGE**: Honorable James Larson |
23 |                            |                              |
   |                            | TRIAL DATE:     Not Set |

27     Plaintiffs and Defendant's have agreed to participate in a Settlement Conference with the
28 Honorable James Larson on May 18, 2007. The Settlement Conference shall take

place in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.

DATED: May 4, 2007            Respectfully submitted,

LAW OFFICE OF MARK E. MERIN and
LAW OFFICE OF SCOT CANDELL

/s/ - "Scot Candell"

BY: _____
     SCOT CANDELL
     Attorneys for Plaintiffs

The further settlement conference is scheduled for May 18, 2007 at 10:00 a.m. The parties are to provide updated settlement conference statements to chambers by Friday, May 11, 2007.



IT IS SO ORDERED
Judge James Larson

---

Page 2 of 2

Henderson et. al. v. Prado, et.al.      USDC, Northern District, Case No. 3:05-CV-04220-VRW
Confirmation Letter Regarding Settlement Conference      3:03-CV-00234 VRW