IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MACK WOODFOX,                                    No   C 05-4220 VRW

    Plaintiff,                              ORDER

    v

CITY AND COUNTY OF SAN FRANCISCO,
et al,

    Defendants.
_____/

    Because it appears that settlement has been consummated in the above-captioned matter, the clerk is DIRECTED to terminate all motions and to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge